UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Great American E&S Insurance Company** | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil No. 1:17-cv-850 RP |
| | § | |
| | § | |
| **Viatek Consumer Products Group, Inc.** | § | |
| Defendant | § | |

# CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the civil complaint has been made upon the defendant **Viatek Consumer Products Group, Inc.**, and it further appearing from the Plaintiff's motion and affidavit that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this **5th** day of **January, 2018**, DEFAULT is hereby entered against **Viatek Consumer Products Group, Inc.**.

JEANNETTE J. CLACK, CLERK
U.S. DISTRICT COURT

By: *Katherine Wallace*

Deputy Clerk