IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN E&S INS. CO., | § | |
| Plaintiff, | § | |
| v. | § | 1:17-CV-850-RP |
| VIATEK CONSUMER PRODUCTS GROUP INC., | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

The Court granted default judgment in this matter in favor of Plaintiff Great American E&S Ins. Co. ("Great American") on March 28, 2018. (Dkt. 11). Great American has filed a notice waiving its claim for fees and costs. (Dkt. 13). Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of the plaintiff, Great American E&S Ins. Co. (*See* Order Granting Default Judgment, Dkt. 11).

**IT IS FURTHER ORDERED** that all other relief not specifically granted is denied.

**IT IS FINALLY ORDERED** that the case is **CLOSED.**

**SIGNED** on November 1, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE